IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALICIA D COULTER<br><br>Plaintiff,<br><br>vs.<br><br>AARIAD REAM, Official Capacity, and CITY OF BILLINGS,<br><br>Defendants. | CV-24-160-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge Timothy Cavan filed Findings and Recommendations on August 28, 2025. (Doc. 8). Judge Cavan recommended that this matter be dismissed because the Plaintiff, Alicia Coulter, failed to file an amended complaint or otherwise respond to the Court's orders. (*Id.* at 1). Ultimately, the Plaintiff failed to prosecute her case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (*Id.* at 2–4).

Pursuant to 28 U.S.C. § 636(b)(1), the parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews Judge Cavan's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a

1

mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, the Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by Judge Cavan (Doc. 8) are ADOPTED in full.

IT IS FURTHER ORDERED that:

1. This matter is dismissed. The Clerk of Court shall close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2. The Clerk of Court shall reflect in the docket that the Court certifies, pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, that any appeal of this decision should not be taken in good faith. The record makes plain that the Plaintiff failed to prosecute this matter and/or comply with the Court's orders.

DATED this 16th day of September, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge