UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Alicia D. Coulter,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Aariad Ream, *official capacity*;   City Of Billings ,<br><br>　　　　　Choose an item.. | Case No. CV-24-160-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Judgment is entered as stated in the Court's Order E.C.F. 9 filed and dated in the Court's record on 9/16/2025.

　　Dated this 16th   day of September, 2025

　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　By:　/s/ Emily Hamnes
　　　　　　　　　　　　Deputy Clerk